IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| INTERNET BUSINESS SOLUTIONS, INC. | : | |
| Plaintiff, | : | |
| v. | : | 4:07-cv-129 (HL) |
| BRITT WORLDWIDE, LLC, <br> BILL BRITT, PEGGY BRITT, <br> PAUL MILLER, LESLIE MILLER, <br> ROBERT COVINGTON, <br> BELL INTERNATIONAL, INC., <br> KEVIN BELL, and BETH BELL, | : | |
| Defendants. | : | |

**ORDER**

On August 20, 2007 Defendants filed a Notice of Removal (Doc. 1), removing the above-captioned case from the State Court of Muscogee County. The Notice of Removal stated that this Court had jurisdiction based on diversity of citizenship, but neither the Notice of Removal nor the original Complaint contained an allegation of the citizenship of the partners of Defendant Britt Worldwide, LLC. See 28 U.S.C.A. § 1332(a) (West 2006). On September 4, 2007, the Court ordered Defendants to amend their Notice of Removal and allege the citizenship of the limited liability company. (Doc. 7). Defendants subsequently filed an Amended Notice, which conceded that one partner of Britt Worldwide was a citizen of Georgia. (Doc. 12). Because Plaintiff is a Georgia Corporation and therefore a citizen of

1

Georgia, there is no diversity of citizenship in this case.  Jurisdiction in this Court is therefore improper, and the Court orders that this case be remanded to state court.

SO ORDERED, this 18th day of October, 2007.

*s/   Hugh Lawson*
**HUGH LAWSON, Judge**

tch